1  ADAM PAUL LAXALT
   Attorney General
2  ROBERT W. DELONG, Bar No. 10022
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
6  E-mail: rdelong@ag.nv.gov

7  *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW KRIEGER, | Case No. 3:17-cv-00227-MMD-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| KASSEBAUM, *et al.*, | |
| Defendants | |

Plaintiff Matthew Krieger, appearing *pro* se, and Defendants Kassebaum, the State of Nevada, and the Nevada Department of Corrections, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 18 day of September, 2018.

By: _____
Matthew Krieger
*Plaintiff, Pro Se*

DATED this 21st day of September, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ROBERT W. DeLONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 24th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on September 21, 2018, I caused to be served, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Matthew Krieger #86392
C/O LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlabrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

3